| | |
|---|---|
| 1 | KEVIN RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CSBN 230237)<br>Special Assistant United States Attorney |

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,     ) | CR No.: 05-00707 MAG |
| ) | |
| Plaintiff,     ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME |
| v.     ) | |
| ) | |
| SHAO YUN ZHAO,     ) | |
| ) | |
| ) | |
| Defendant.     ) | |
| ) | |

On February 3, 2006, the parties in this case appeared before the court for a status appearance. At that time, the parties stipulated that time from February 3, 2006 to February 2, 2007 should be excluded from the Speedy Trial Act calculations for the deferral of prosecution. The parties agree that the deferral of prosecution is the appropriate disposition of

//

//

Stipulation and [~~Proposed~~] Order
CR 05-00707 MAG

1 | this case.

2 | SO STIPULATED:

3 |                                              KEVIN V. RYAN
                                                 United States Attorney
4 |

5 | DATED: 4/21/2006                             /s/ Derek R. Owens
6 |                                              _____
                                                 DEREK R. OWENS
                                                 Special Assistant United States Attorney
7 |
8 | DATED: 4/7/2006                              /s/ Steven G. Kalar
                                                 _____
9 |                                              STEVEN G. KALAR
                                                 Attorney for Ms. Zhao

As the Court found on February 3, 2006, and for the reasons stated above, the Court finds that an exclusion of time between February 3, 2006 and February 2, 2007 is warranted and that the ends of justice are served by the continuance. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny Ms. Zhou a period of delay to demonstrate her good conduct, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(2).

SO ORDERED.

DATED: April 25, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

Stipulation and [Proposed] Order
CR 05-00707 MAG