FILED

2007 JAN 29 P 3: 12

RICH...
CLERK
U.S. DISTRICT...

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-6488
7       Fax: (415) 436-7234
        Email: Derek.Owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 05-00707 MAG
                                        )
14          Plaintiff,                  )
                                        )    MOTION AND [PROPOSED] ORDER TO
15                                      )    DISMISS INFORMATION WITH
        v.                              )    PREJUDICE
16                                      )
    SHAO YUN ZHAO,                      )
17                                      )
                                        )
18          Defendant.                  )
                                        )
19  _____)

20       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

21  endorsed hereon, the United States Attorney for the Northern District of California hereby

22  dismisses the captioned Information against the defendant, Shao Yun Zhao, with prejudice.

23

24  DATED:___01/26/07_____              Respectfully submitted,

25                                        KEVIN V. RYAN
                                          United States Attorney
26

27                                        ___/s/ Derek R. Owens_____
                                          DEREK R. OWENS
28  //                                    Assistant United States Attorney

DISMISSAL OF INFORMATION
CR 05-00707 MAG

1    Leave of court is granted to file the foregoing dismissal with prejudice.

2    DATED: _January 29, 2007_____

3                                                              Joseph C. Spero

4                                                              Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
CR 05-00707 MAG